DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of C.W., a child.
_____

J.W.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD
LITEM PROGRAM,

Appellees.

No. 2D23-1359

_____

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals; and Stephanie E. Novenario, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Guardian Ad Litem Program.

PER CURIAM.

Affirmed.

KHOUZAM, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.